**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin ABARCA, Defendant–Appellant.**

No. 15–11304
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 11, 2016.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Herbert Stanley Lindsey, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Richard Michael Summa, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Randolph Murrell and Richard Summa, appointed counsel for Kevin Abarca, in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record

---

reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abarca's conviction and sentence are **AFFIRMED**.